IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RIGA,
        Plaintiff
  v                              Civil C-1-02-531

NORTH COLLEGE HILL,

        Defendant.

### ORDER

Parties are advised that Trial in The above styled case is RESCHEDULED to the September 2004 trial term. Counsel shall file their Joint Pretrial Order on or before August 5, 2004.

**IT IS SO ORDERED.**

                                        **_____s/Herman J. Weber____**
                                        Herman J. Weber, Senior Judge
                                        United States District Court

*Rev.5/01*