**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**MARSHA RIGA, et al**

    **Plaintiff,**

-vs-                                                                                           Case No.  C-1-02-531

**NORTH COLLEGE HILL CITY SCHOOL**
**DISTRICT, et al**

    **Defendants.**

---

### JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Defendants' Motion for Summary Judgment is Granted.  This case is Dismissed and is Terminated on the docket of the Court at plaintiffs' cost.


Date:   April 14, 2004                                            JAMES BONINI.,  CLERK

                                                                    By:s/   Darlene Maury
                                                                    Darlene Maury, Deputy Clerk